Roger Y. Muse (SBN 147120)
roger@excelsior-law.com
John Matheny (SBN 149532)
JRM@excelsior-law.com
*EXCELSIOR LAW*
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
Phone: (310) 205-3981
Fax:   (310) 205-0594

Plaintiff, JESSE GOLDEN

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JESSE GOLDEN, an individual, | CASE NO.: 8:18-cv-1549 |
| Plaintiff<br>vs. | [Orange County Superior Court Case No. 30-2018-01002449-CU-OE-CJC] |
| INCITE INTERNATIONAL, INC., a Nebraska corporation; and DOES 1-25, inclusive, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT NAMING DOE DEFENDANT AND REMANDING CASE TO STATE COURT** |
| Defendants. | Judge: Hon. James V. Selna |

## ORDER

Before the Court is Plaintiff's Ex-parte Application for Order Granting Plaintiff Leave to File First Amended Complaint Naming Doe Defendant and Remanding Case to State Court.  Having considered the Application, the Application being unopposed by defendant INCITE INTERNATIONAL, INC., and good cause appearing therefor, the Application is hereby GRANTED.

/ / /

/ / /

/ / /

1  Therefore, Plaintiff is granted leave to file the First Amended Complaint

2  submitted with the Application and this case is remanded to the Orange County

3  Superior Court for all further proceedings.

4

5

6  Dated: September 20, 2018 _____

7  Hon. James V. Selna
   Judge, United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28